1   Carey L. Cooper, Bar No. 195090
    KLINEDINST PC
2   501 West Broadway, Suite 600
    San Diego, California 92101
3   (619) 239-8131/FAX (619) 238-8707
    ccooper@klinedinstlaw.com
4
    Jeffrey R. Groendal, Bar No. 254097
5   KLINEDINST PC
    777 S. Figueroa Street, Suite 2800
6   Los Angeles, CA 90017
    (213) 406-1100 / FAX (213) 406-1101
7   jgroendal@klinedinstlaw.com

8   Attorneys for Plaintiffs
    SERVPRO INTELLECTUAL
9   PROPERTY, INC. and SERVPRO
    INDUSTRIES, INC.
10
                    **UNITED STATES DISTRICT COURT**
11
                   **CENTRAL DISTRICT OF CALIFORNIA**
12
                         CV13-  4923 PA (SHx)
13
14  SERVPRO INTELLECTUAL            Case No.
    PROPERTY, INC. and SERVPRO
14  INDUSTRIES, INC.,              **COMPLAINT FOR:**

15             Plaintiff,          **1. Trademark Infringement; and**
                                   **2. Unfair Competition**
16        v.

17  PROSERV, LLC and EDUARDO       **JURY TRIAL DEMANDED**
    CASTILLA, and DOES 1-10,
18  Inclusive,

19             Defendants.

20

21

22        Plaintiffs Servpro Intellectual Property, Inc. and Servpro Industries, Inc.

23  (collectively "Servpro" or "Plaintiffs") file this complaint for trademark

24  infringement and unfair competition against Defendants ProServ, LLC ("ProServ")

25  and Eduardo Castilla ("Castilla") (collectively, "Defendants") and state as follows:

26  ///

27  ///

28  ///

                              - 1 -

                                              **COMPLAINT**
                                    Case No.:_____

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

## PARTIES

1)     Plaintiffs Servpro Intellectual Property, Inc. and Servpro Industries, Inc. both have their principal place of business at 801 Industrial Boulevard, Gallatin, Tennessee 37066.

2)     Upon information and belief, ProServ is a California limited liability company having its principal office at 8724 Millergrove Drive, Santa Fe Springs, California 90670.

3)     The business address of Castilla is 8724 Millergrove Drive, Santa Fe Springs, California 90670.

4)     Upon information and belief, Castilla is a resident of California.

5)     Upon information and belief, Castilla is the active agent behind the acts of, by or on behalf of, ProServ alleged herein.

## BACKGROUND

6)     In business since 1967, Servpro Industries, Inc. is one of the world's largest providers of cleanup and restoration products and services.

7)     Servpro Industries, Inc. has more than 1500 franchisees operating nationwide.

8)     Since 1967, Servpro Industries, Inc. and its franchisees have delivered goods and services under the "SERVPRO" mark to customers.

9)     Servpro Industries, Inc. and its franchisees have spent millions of dollars in promoting the "SERVPRO" trademark and consumers have purchased billions of dollars of "SERVPRO" goods and services.

10)     Servpro Intellectual Property, Inc. is the owner of many trademarks and trademark registrations for "SERVPRO" variants and derivatives (hereinafter, "SERVPRO TRADEMARKS"), more specifically:

    a)     Servpro Intellectual Property, Inc. is the owner of U.S. Trademark Registration No. 1,845,906 (Exhibit 1 hereto) in connection with "carpet, furniture and drapery cleaning services, services for the restoration of

**COMPLAINT**

Case No.:

structures and/or contents damaged by fire, water and other catastrophes both indoors and outdoors" for the trademark "SERVPRO";

b)      Servpro Intellectual Property, Inc. is the owner of U.S. Trademark Registration No. 3,361,893 (Exhibit 2 hereto) in connection with "mold remediation services" for the trademark "SERVPRO";

c)      Servpro Intellectual Property, Inc. is the owner of U.S. Trademark Registration No. 1,707,245 (Exhibit 3 hereto) in connection with "cleaning, painting and repairing services in homes, offices and other buildings" for the following mark:



d)      Servpro Intellectual Property, Inc. is the owner of U.S. Trademark Registration No. 1,726,156 (Exhibit 4 hereto) in connection with "franchising services; namely, offering assistance in the establishment and/or operation of businesses dealing with cleaning and damage restoration to structures and/or contents" for the following mark:



e)      Servpro Intellectual Property, Inc. is the owner of U.S. Trademark Registration No. 1,731,649 (Exhibit 5 hereto) in connection with "carpet, furniture and drapery cleaning services; services for the restoration of structures and/or contents damaged by fire, water and other catastrophes both indoors and outdoors" for the following mark:

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

COMPLAINT
Case No.:

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017



(f)     Servpro Intellectual Property, Inc. is the owner of U.S. Trademark Registration No. 1,733,588  (Exhibit 6 hereto) in connection with "cleaning of buildings and janitorial services" for the following mark:



(g)     Servpro Intellectual Property, Inc.  is the owner of U.S. Trademark Registration No. 1,804,022  (Exhibit 7 hereto) in connection with various cleaning products and equipment for the following mark:



11)     Servpro Intellectual Property, Inc. is the exclusive licensee of the SERVPRO TRADEMARKS and has extensively used the SERVPRO TRADEMARKS nationally.

12)     Servpro Industries, Inc. and its franchisees have provided millions of dollars' worth of goods and services under the SERVPRO TRADEMARKS.

13)     Servpro Industries, Inc. and its franchisees have expended millions of dollars promoting the SERVPRO TRADEMARKS.

14)     As a result of this extensive use and promotion of the SERVPRO TRADEMARKS, Servpro has developed significant and extensive good will in the SERVPRO TRADEMARKS nationally.

COMPLAINT

Case No.:

15)     As a result, the SERVPRO TRADEMARKS are famous throughout the United States.

16)     One service provided by Servpro is carpet cleaning.

17)     ProServ is a company that cleans carpets.

18)     ProServ provides its carpet cleaning services under the ProServ trademark.

19)     ProServ's vans have signs which read "ProServ":



20)     ProServ also operates the website located at www.proservcarpetcleaning.com.

21)     At its website located at www.proservcarpetcleaning.com, ProServ also offers "Water Damage Restoration" services.

22)     Servpro offers water damage restoration services under their SERVPRO trademarks.

## SUBJECT MATTER JURISDICTION

23)     Subject matter jurisdiction for the trademark infringement and unfair competition claims exists with respect to the claims asserted in this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338.

## VENUE

24)     Venue is proper in this Court in accordance with 28 U.S.C. § 1391.

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

- 5 -

**COMPLAINT**

Case No.

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

## PERSONAL JURISDICTION

25) The Court has personal jurisdiction over Defendants because Defendants engage in "business" in California and are located in California.

26) Further, the acts complained of herein occurred primarily in California.

27) Similarly, the exercise of personal jurisdiction over Defendants comports with due process requirements of the United States Constitution because: (a) Defendants have purposefully established "minimum contacts" with the State of California, and (b) the exercise of personal jurisdiction over Defendants will not offend the traditional notions of fair play and substantial justice. Therefore, this Court has specific and general jurisdiction over Defendants.

## FIRST CAUSE OF ACTION

### For Violation of the Lanham Act, § 43(a), 15 U.S.C. §1125(a)

### (Against All Defendants)

28) Servpro realleges and incorporates by reference each of the numbered paragraphs above as if fully set forth herein.

29) By offering its carpet cleaning services displaying "ProServ", ProServ is using the SERVPRO TRADEMARKS in a manner likely to create confusion among the consuming public as to source, origin, sponsorship, and/or affiliation.

30) By offering its water damage restoration services displaying "ProServ", ProServ is using the SERVPRO TRADEMARKS in a manner likely to create confusion among the consuming public as to source, origin, sponsorship, and/or affiliation.

31) As ProServ is a business entity, its actions, including those of using the SERVPRO TRADEMARKS, are controlled by Castilla serving as active agent.

32) Defendants conduct relating to the use of the SERVPRO TRADEMARKS is without the permission of Servpro.

COMPLAINT

Case No.:

1    33)   Defendants are thus in violation of 15 U.S.C. §1114 regarding the

2    SERVPRO TRADEMARKS and of 15 U.S.C. §1125(a) regarding all of

3    SERVPRO's TRADEMARKS.

4    34)   Such acts by Defendants cause Servpro irreparable harm as to which

5    Servpro is entitled to a temporary restraining order, preliminary injunction, and

6    permanent injunction under 15 U.S.C. §1116.  Such acts further cause harm to

7    Servpro as to which Servpro is entitled to recover actual damages as well as the

8    costs of any necessary corrective advertising.  Given that Defendants' conduct is

9    willful, Servpro is entitled to an accounting of profits, attorneys' fees, and

10   multiplied damages, and any and all relief pursuant to 15 U.S.C. §1117.

## SECOND CAUSE OF ACTION

### For Common Law Unfair Competition

### (Against All Defendants)

14   35)   SERVPRO realleges and incorporates by reference each of the

15   numbered paragraphs above as if fully set forth herein.

16   36)   Defendants have no right to use the SERVPRO TRADEMARKS in

17   connection with their goods or services, yet Defendants have passed off their

18   services to the public as if they are the goods or services of Servpro.

19   37)   Defendants have acted with intent to deceive the public as to the

20   source of their goods and services, and the public has, in fact, been confused or

21   deceived as to the true source of Defendants' goods and services and their rights

22   and authority regarding the SERVPRO TRADEMARKS.

23   38)   Defendants' unlawful usurpation of Servpro's rights and property

24   constitutes unfair competition under the common law of California.

25   39)   In addition to, or in lieu of, the damages Servpro has sustained to its

26   business as a result of Defendants' actions, Servpro is entitled to an award of

27   restitution and/or disgorgement of the profits that Defendants have made by virtue

28

777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017
KLINEDINST PC

**COMPLAINT**

Case No.:

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

1  of their acts of unfair competition, in an amount as yet undetermined but to be

2  proven at trial.

### PRAYER FOR RELIEF

**WHEREFORE**, Servpro respectfully prays that this Court grant the

following relief:

A.   That the Court enter injunctive relief, ordering that Defendants, as

well as its officers, agents, servants, employees, attorneys and all others in active

concert or participation with them, are enjoined and restrained from:

1.   Engaging in any conduct that infringes the SERVPRO

TRADEMARKS;

2.   Offering any goods or services using any mark containing the

SERVPRO TRADEMARKS;

3.   Offering any goods or services using any mark containing

"ProServ";

4.   Engaging in any advertising that tends in a false or misleading

manner to associate Defendants' goods or services with Servpro or with Servpro's

goods or services;

5.   Using "SERVPRO", "ProServ" or any variants or derivations

thereof in Google ad words or as metadata;

6.   Engaging in any advertising that tends to adversely affect the

public's perception of Servpro or Servpro's goods or services.

B.   That the Court enter preliminary and permanent injunctive relief

ordering Defendants, in accordance with 15 U.S.C. § 1116, to file a verified report

with this Court within thirty (30) days of the Court's entry of the order for

injunctive relief, specifying in detail the manner and form in which Defendants

have complied with the injunction and order of this Court;

C.   That the Court award Servpro damages, an accounting of profits, and

attorneys' fees and costs, and any and all relief pursuant to 15 U.S.C. §1117;

- 8 -

1      D.    That the Court award Servpro multiplied damages because of

2  Defendants' willful wrongful conduct;

3      E.    A trial by jury as to all issues; and

4      F.    That the Court award such further relief as is merited under law and

5  equity.

6

7      Klinedinst PC

8

9  DATED: July 8 . 2013    By:

10      Carey L. Cooper
   Jeffrey R. Groendal
   Attorneys for Plaintiffs
11  SERVPRO INTELLECTUAL
   PROPERTY, INC. and SERVPRO
12  INDUSTRIES. INC.

13  15590922v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

**COMPLAINT**

Case No.:_____

# Exhibit 1

Int. Cl.: 37

Prior U.S. Cl.: 103

# United States Patent and Trademark Office

Reg. No. 1,845,906
Registered July 19, 1994

## SERVICE MARK
### PRINCIPAL REGISTER

## SERVPRO

SERVPRO INDUSTRIES, INC. (NEVADA COR-
PORATION)
P. O. BOX 1978, 575 AIRPORT BOULEVARD
GALLATIN, TN 37066

FOR: CARPET, FURNITURE AND DRAPERY
CLEANING SERVICES; SERVICES FOR THE
RESTORATION OF STRUCTURES AND/OR
CONTENTS DAMAGED BY FIRE, WATER
AND OTHER CATASTROPHES BOTH IN-

DOORS AND OUTDOORS, IN CLASS 37 (U.S.
CL. 103).

FIRST USE 11-22-1967; IN COMMERCE
11-22-1967.

SER. NO. 74-437,749, FILED 9-20-1993.

ELIZABETH A. DUNN, EXAMINING ATTOR-
NEY

# Exhibit 2

Int. Cl.: 40

Prior U.S. Cls.: 100, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 3,361,893

Registered Jan. 1, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# SERVPRO

SERVPRO INTELLECTUAL PROPERTY, INC. (TENNESSEE CORPORATION)

801 INDUSTRIAL BOULEVARD

GALLATIN, TN 37066

FOR: MOLD REMEDIATION SERVICES, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 1-1-1969; IN COMMERCE 1-1-1969.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,707,245 AND 1,845,906.

SER. NO. 77-158,710, FILED 4-17-2007.

GEOFFREY FOSDICK, EXAMINING ATTORNEY

# Exhibit 3

Int. Cl.: 37

Prior U.S. Cl.: 103

Reg. No. 1,707,245

## United States Patent and Trademark Office

Registered Aug. 11, 1992

## SERVICE MARK
### PRINCIPAL REGISTER



SERVPRO INDUSTRIES, INC. (NEVADA COR-
   PORATION)
P.O. BOX 1978
575 AIRPORT BOULEVARD
GALLATIN, TN 37066

  FOR: CLEANING, PAINTING AND REPAIR-
ING SERVICES IN HOMES, OFFICES AND
OTHER BUILDINGS, IN CLASS 37 (U.S. CL.
103).
   FIRST USE 11–22–1967; IN COMMERCE
11–22–1967.

  SER. NO. 74–208,591, FILED 9–30–1991.

LINDA E. BLOHM, EXAMINING ATTORNEY

# Exhibit 4

Int. Cl.: 35

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,726,156
Registered Oct. 20, 1992

### SERVICE MARK
### PRINCIPAL REGISTER



SERVPRO INDUSTRIES, INC. (NEVADA COR-
PORATION)
P.O. BOX 1978
575 AIRPORT BOULEVARD
GALLATIN, TN 37066

FOR: FRANCHISING SERVICES; NAMELY,
OFFERING ASSISTANCE IN THE ESTABLISH-
MENT AND/OR OPERATION OF BUSINESSES
DEALING WITH CLEANING AND DAMAGE
RESTORATION TO STRUCTURES AND/OR
CONTENTS, IN CLASS 35 (U.S. CL. 101).
    FIRST USE 11-22-1967; IN COMMERCE
11-22-1967.

SER. NO. 74-229,629, FILED 12-9-1991.

LYNN A. LUTHEY, EXAMINING ATTORNEY

# Exhibit 5

Int. Cl.: 37

Prior U.S. Cl.: 103

## United States Patent and Trademark Office

Reg. No. 1,731,649
Registered Nov. 10, 1992

### SERVICE MARK
### PRINCIPAL REGISTER



SERVPRO INDUSTRIES, INC. (NEVADA COR-
PORATION)
P. O. BOX 1978
575 AIRPORT BOULEVARD
GALLATIN, TN 37066

FOR: CARPET, FURNITURE AND DRAPERY
CLEANING SERVICES; SERVICES FOR THE
RESTORATION OF STRUCTURES AND/OR
CONTENTS DAMAGED BY FIRE, WATER

AND OTHER CATASTROPHES BOTH IN-
DOORS AND OUTDOORS, IN CLASS 37 (U.S.
CL. 103).

FIRST USE 3-1-1978; IN COMMERCE
3-1-1978.

SER. NO. 74-229,628, FILED 12-9-1991.

LYNN A. LUTHEY, EXAMINING ATTORNEY

# Exhibit 6

Int. Cl.: 37

Prior U.S. Cl.: 103

## United States Patent and Trademark Office

Reg. No. 1,733,588
Registered Nov. 17, 1992

### SERVICE MARK
### PRINCIPAL REGISTER



SERVPRO INDUSTRIES, INC. (NEVADA COR-
PORATION)
P. O. BOX 1978
575 AIRPORT BOULEVARD
GALLATIN, TN 37066

FOR: CLEANING OF BUILDINGS AND
JANITORIAL SERVICES, IN CLASS 37 (U.S. CL.
103).

FIRST USE 6–30–1986; IN COMMERCE
6–30–1986.

SER. NO. 74–229,627, FILED 12–9–1991.

LYNN A. LUTHEY, EXAMINING ATTORNEY

Exhibit 7

Int. Cls.: 3, 5, 9 and 11

Prior U.S. Cls.: 1, 6, 21, 23, 34 and 52

**United States Patent and Trademark Office**

Reg. No. 1,804,022
Registered Nov. 16, 1993

## TRADEMARK
### PRINCIPAL REGISTER



SERVPRO INDUSTRIES, INC. (NEVADA COR
PORATION)
P.O. BOX 1978
575 AIRPORT BOULEVARD
GALLATIN, TN 37066

FOR: ALL PURPOSE CLEANING PREPARA
TIONS; ALL PURPOSE GERMICIDAL CLEAN
ING PREPARATIONS; FURNITURE POLISHES;
FLOOR STRIPPING PREPARATIONS; SPOT
AND STAIN REMOVERS FOR RUGS, FAB
RICS, CARPETS AND UPHOLSTERY; LIQUID
AND POWDER CLEANING PREPARATIONS
FOR USE ON FLOORS, HARD SURFACES,
WALLS, FURNITURE, CARPETING, AND
WINDOWS; RUG, FABRIC AND FURNITURE
SHAMPOOS; AND CLEANING PREPARA
TIONS, SOLVENTS AND RUST INHIBITORS
USED FOR THE REMOVAL OF SOOT AND
DUST, IN CLASS 3 (U.S. CL. 52).

FIRST USE 11–22–1967; IN COMMERCE
11–22–1967.

FOR: ANTI-MICROBIAL, BACTERIOSTATIC,
AND FUNGISTATIC DEODORIZING PREP

ARATIONS USED ON TEXTILES AND CAR
PETING, IN CLASS 5 (U.S. CLS. 1 AND 6).

FIRST USE 11–22–1967; IN COMMERCE
11–22–1967.

FOR: EQUIPMENT; NAMELY, PORTABLE
AND TRUCK-MOUNTED ELECTRIC LIQUID
EXTRACTORS FOR USE ON CARPETS AND
TEXTILES; AND ELECTRIC BUFFERS AND
VACUUMS FOR CLEANING HARD SUR
FACES, UPHOLSTERY, DRAPERIES, CARPET
ING AND CEILINGS, IN CLASS 9 (U.S. CLS. 21
AND 23).

FIRST USE 11–22–1967; IN COMMERCE
11–22–1967.

FOR: ELECTRIC DRYING FANS; VENTILA
TION FANS FOR COMMERCIAL AND INDUS
TRIAL USE, IN CLASS 11 (U.S. CL. 34).

FIRST USE 11–22–1967; IN COMMERCE
11–22–1967.

SER. NO. 74–229,630, FILED 12–9–1991.

LYNN A. LUTHEY, EXAMINING ATTORNEY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC. | PROSERV, LLC and EDUARDO CASTILLA, and DOES 1-100, Inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Carey L. Cooper, Bar No. 195090 <br> Jeffrey R. Groendal, Bar No. 254097        (213) 406-1100 <br> Klinedinst PC <br> 777 S. Figueroa Street, Suite 2800 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) |

## II. BASIS OF JURISDICTION (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (Place an X in one box only.)

☒ 1. Original Proceeding

☐ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** TBD at trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1125(a); trademark infringement

## VII. NATURE OF SUIT (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES**: Has this action been previously filed in this court and dismissed, remanded or closed?  [x] NO  [ ] YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES**: Have any cases been previously filed in this court that are related to the present case?  [x] NO  [ ] YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  [ ] A. Arise from the same or closely related transactions, happenings, or events; or

[ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Tennessee |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: 7/8/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Stephen J. Hillman.

The case number on all documents filed with the Court should read as follows:

## CV13- 4923 PA (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Carey L. Cooper, Bar No. 149590
Jeffrey R. Groendal, Bar No. 254097
Klinedinst PC
777 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., <br><br> PLAINTIFF(S) <br><br> v. <br><br> PROSERV, LLC and EDUARDO CASTILLA, and DOES 1-10 , Inclusive, <br><br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV13- 4923** <br> PA(SHx) <br><br><br> **SUMMONS** |

TO:    DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Carey L. Cooper, Esq., Klinedinst PC__, whose address is _777 S. Figueroa Street, Suite 2800, Los Angeles, CA 90017_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  JUL - 9 2013

By: _____

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*